JUDGE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR23-046-TL |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | OF COUNSEL |
| RUSSELL ANDERS, | ) | |
| Defendant. | ) | |

NOTICE IS GIVEN that Sara Brin appears as counsel for Russell Anders. It is requested that notice of all filings be served upon the undersigned.

DATED this 11th day of March 2024.

Respectfully submitted,

s/ *Sara Brin*
WSBA # 52476
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
Sara_Brin@fd.org

NOTICE OF APPEARANCE OF COUNSEL
(*U.S. v. Anders*, CR23-046-TL) - 1