JUDGE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-046-TL |
| Plaintiff, | |
| v. | ORDER ALLOWING MR. ANDERS TO APPEAR FOR VIOLATION HEARING VIA VIDEOCONFERENCE |
| RUSSELL ANDERS, | |
| Defendant. | |

THE COURT has considered Russell Anders's unopposed motion for permission to appear via videoconference for the bond revocation hearing scheduled for March 27, 2024, at 11:00 a.m., along with the records in this case.

IT IS ORDERED that Russell Anders will be allowed to appear via videoconference for the March 27, 2024 bond revocation hearing.

DATED this 15th day of March 2024.

Tana Lin
United States District Judge

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Russell Anders

ORDER TO APPEAR FOR VIOLATION
HEARING VIA VIDEOCONFERENCE
(*U.S. v. Anders,* CR23-046-TL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**