The Honorable Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR23-046-TL |
|---|---|
| Plaintiff | |
| v. | GOVERNMENT'S NOTICE OF UNAVAILABILITY |
| RUSSELL ANDERS, | |
| Defendant. | |

    The United States of America, by and through Tessa M. Gorman, United States Attorney for the Western District of Washington, and Cecelia Gregson, Assistant United States Attorney (AUSA) for said District, hereby give notice that AUSA Cecelia Gregson will be unavailable from May 23, 2024, through May 27, 2024.

//

//

//

Notice of Unavailability - 1
United States v. Anders / CR23-046-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Dated this 22nd day of May, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*/s/ Cecelia Gregson*
CECELIA GREGSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone:  206-553-7970
Email: Cecelia.Gregson@usdoj.gov

Notice of Unavailability - 2
*United States v. Anders / CR23-046-TL*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970